April 28, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

ROBERT PRIMO, Appellant

NO. 14-13-00997-CV                    V.

SCOTT ROTHENBERG, Appellee

_____

This court today heard a motion for en banc reconsideration filed by appellee, Scott Rothenberg. We order the motion be Denied, and that the court's former judgment of January 27, 2015, be vacated, set aside, and annulled. We further order this court's memorandum opinion of January 27, 2015, withdrawn.

This cause, an appeal from the judgment in favor of appellee, Scott Rothenberg, signed November 5, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for further proceedings not inconsistent with this court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Scott Rothenberg.

We further order this decision certified below for observance.